The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.

/S/ RUSS KENDIG



/S/ RUSS KEND

_____
Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| ANGELA LYNN KYLE, | ) CASE NO. 10-64826 |
| | ) |
| Debtor. | ) JUDGE RUSS KENDIG |
| | ) |
| | ) **PRELIMINARY ORDER ON** |
| | ) **APPLICATION TO PROCEED IN** |
| | ) **FORMA PAUPERIS** |

This matter is before the court on debtor's Application to Proceed *In Forma Pauperis* (hereafter "application") filed on November 17, 2010. The debtor has filed a document that states that the debtor was unemployed through November 4, 2010. However, the debtor has not provided proof of *current* income or her 2009 tax returns. The court requires these documents to determine whether debtor's income will be sufficient to pay the filing fee.

Failure of debtors to supply the requested documents by **December 14, 2010** will result in denial of the application without further notice or hearing. The debtor's tax returns should be filed as a private docket event or with Social Security number redacted.

It is so ordered.

       #     #     #

**Service List:**

Angela Lynn Kyle
623 North Water Street
Loudonville, OH 44842

Anthony J. DeGirolamo, Trustee - Canton
Canton
Courtyard Centre, Suite 307
116 Cleveland Ave., N.W.
Canton, OH 44702

Diana Khouri
6300 Rockside Road #204
Cleveland, OH 44131