The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.

/S/ RUSS KENDIG



Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: | CHAPTER 7 |
|  | CASE NO. 10-64826 |
| ANGELA LYNN KYLE, | JUDGE RUSS KENDIG |
| Debtor. | **PRELIMINARY ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS** |

This matter is before the court on debtor's Application to Proceed *In Forma Pauperis* (hereafter "application") filed on November 17, 2010. The debtor has filed a document that states that the debtor was unemployed through November 4, 2010. However, the debtor has not provided proof of *current* income or her 2009 tax returns. The court requires these documents to determine whether debtor's income will be sufficient to pay the filing fee.

Failure of debtors to supply the requested documents by **December 14, 2010** will result in denial of the application without further notice or hearing. The debtor's tax returns should be filed as a private docket event or with Social Security number redacted.

It is so ordered.

    #    #    #

**Service List:**

Angela Lynn Kyle
623 North Water Street
Loudonville, OH 44842

Anthony J. DeGirolamo, Trustee - Canton
Canton
Courtyard Centre, Suite 307
116 Cleveland Ave., N.W.
Canton, OH 44702

Diana Khouri
6300 Rockside Road #204
Cleveland, OH 44131

# CERTIFICATE OF NOTICE

```
District/off: 0647-6          User: dhaid            Page 1 of 1              Date Rcvd: Nov 22, 2010
Case: 10-64826                Form ID: pdf701        Total Noticed: 2
```

The following entities were noticed by first class mail on Nov 24, 2010.
```
db          +Angela Lynn Kyle,   623 North Water Street,   Loudonville, OH 44842-1043
            +Diana Khouri,   6300 Rockside Rd,   #204,   Cleveland, OH 44131-2221
```

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 24, 2010**                    **Signature:**       _Joseph Speetjens_