The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ANGELA LYNN KYLE, | ) | CASE NO. 10-64826 |
| | ) | |
| Debtor, | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | **ORDER DENYING APPLICATION** |
| | ) | **TO PROCEED** |
| | ) | **IN FORMA PAUPERIS** |

This matter is before the court on Debtors' Application to Proceed *In Forma Pauperis* (hereafter "application") filed on November 17, 2010. On November 22, 2010, the Court issued a preliminary order requiring the debtor to file proof of income and 2009 tax returns. No documentation has been filed.

In light of the above, the Court hereby **DENIES** Debtor's application to waive the filing fee. Debtor shall be permitted to pay the filing fee in installments of $75.00 until the fee is paid in full and may pay the amount in full anytime during the payment plan.[1]

---

[1] The payment schedule is as follows:
  January 14, 2011:   $75.00
  February 18, 2011:  $75.00
  March 18, 2011:     $75.00
  April 22, 2011:     $74.00

The first payment is due on **January 14, 2011**. If paying by mail, Debtor shall send a money order, payable to Clerk, United States Bankruptcy Court, to United States Bankruptcy Court, Ralph Regula US Courthouse, 401 KcKinley Avenue SW, Canton, OH 44702. If paying in person, Debtor shall bring either the exact amount of cash or a money order, payable to Clerk, United States Bankruptcy Court, to the Clerk's Office. Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

This order applies only to the initial case filing fee and not any subsequent fees which may be payable by Debtor in this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

It is so ordered.

# # #

**Service List**:

Angela Lynn Kyle
623 North Water Street
Loudonville, OH 44842

Anthony J. DeGirolamo, Trustee - Canton
Canton
Courtyard Centre, Suite 307
116 Cleveland Ave., N.W.
Canton, OH 44702

Diana Khouri
6300 Rockside Road #204
Cleveland, OH 44131

# CERTIFICATE OF NOTICE

```
District/off: 0647-6          User: aprib              Page 1 of 1              Date Rcvd: Dec 28, 2010
Case: 10-64826                Form ID: pdf836          Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 30, 2010.
```
db          +Angela Lynn Kyle,   623 North Water Street,   Loudonville, OH 44842-1043
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2010**                    Signature:     *Joseph Speetjens*