The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ANGELA LYNN KYLE, | ) | CASE NO. 10-64826 |
| | ) | |
| Debtor. | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | |
| | ) | **SECOND PRELIMINARY ORDER** |
| | ) | **ON APPLICATION TO PROCEED** |
| | ) | **IN FORMA PAUPERIS** |

     This case comes before the Court upon Debtor's application for waiver of the Chapter 7 filing fee, filed on November 17, 2010. The court denied the application on December 28, 2010. Debtor filed a motion to vacate that order on January 19, 2011. Debtor supplied the additional information requested by the court, but questions remain, so the court requests further explanation.

     Basically, the court wants to know if Debtor's husband is currently employed. If he is, the court needs verification of his income. Additionally, Debtor shall file a copy of her 2010 federal income tax return with the court. The return is to be filed as a private document with all personally identifiable information redacted. This information will help the court determine both the accuracy of the information provided in the application and Debtor's ability to pay the filing fee.

     Debtor shall file the requested information with the Court by no later than **March 18, 2011**.

It is so ordered.

# # #

**Service List:**

Angela Lynn Kyle
623 North Water Street
Loudonville, OH 44842

Diana Khouri
6300 Rockside Road #204
Cleveland, OH 44131

Anthony J. DeGirolamo
Courtyard Centre, Suite 307
116 Cleveland Ave., N.W.
Canton, OH 44702